FILED
NOV 0 7 2012
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | 4:12CR00403RWS |
| ) | |
| GRACIE ANTHONY, a.k.a. GRACIE LEE ) | |
| LESURE, a.k.a. GRACIE JOHNSON, a.k.a. ) | |
| GRACIE L. LASURE, a.k.a. GRACIE ) | |
| JOHNSON, a.k.a. GRACE LASURE, a.k.a. ) | |
| GRACE L. LASURE, a.k.a. GRACIE ) | |
| LASURE, a.k.a GRACIE LASURE ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about June 25, 1969, defendant GRACIE ANTHONY, a.k.a. GRACIE LEE LESURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACIE L. LASURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACE LASURE, a.k.a. GRACE L. LASURE, a.k.a. GRACIE LASURE, a.k.a GRACIE LASURE, obtained a social security number ending in 3433 using the name GRACIE ANTHONY.

2. On or about December 30, 1971, defendant GRACIE ANTHONY, a.k.a. GRACIE LEE LESURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACIE L. LASURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACE LASURE, a.k.a. GRACE L. LASURE, a.k.a. GRACIE LASURE, a.k.a GRACIE LASURE, using the name GRACIE LEE LESURE, obtained a social security

number ending in 7380.

3. Defendant GRACIE ANTHONY, a.k.a. GRACIE LEE LESURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACIE L. LASURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACE LASURE, a.k.a. GRACE L. LASURE, a.k.a. GRACIE LASURE, a.k.a GRACIE LASURE obtained the two social security numbers intending to use one number to obtain Supplemental Security Income (SSI) benefits and intending to use the other number for employment purposes.

4. On or about April 20, 1988, defendant GRACIE ANTHONY, a.k.a. GRACIE LEE LESURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACIE L. LASURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACE LASURE, a.k.a. GRACE L. LASURE, a.k.a. GRACIE LASURE, a.k.a GRACIE LASURE had the name associated with her social security number ending in the numbers 3433 changed to GRACIE JOHNSON.

5. On or about March 6, 1995, defendant GRACIE ANTHONY, a.k.a. GRACIE LEE LESURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACIE L. LASURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACE LASURE, a.k.a. GRACE L. LASURE, a.k.a. GRACIE LASURE, a.k.a GRACIE LASURE applied for SSI disability benefits using her social security number ending in 7380 and the name GRACIE L. LESURE.  Defendant began to receive SSI benefits in on or about March1995.

6. From on or about the year 1996 up to on or about the year 2009, within the Eastern District of Missouri, defendant GRACIE ANTHONY, a.k.a. GRACIE LEE LESURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACIE L. LASURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACE LASURE, a.k.a. GRACE L. LASURE, a.k.a. GRACIE LASURE, a.k.a GRACIE LASURE used the social security number ending in 3433, identified herself as GRACIE JOHNSON, and worked for the following entities:  Gateway Hotel Holdings, American General Hospitality,

Lutheran Healthcare, LLC, Motel 6 Operating LTD Partnership; Dutchtown Care Center, Taylor D. Business Services, Inc., Cathedral Rock of Baden, Inc., Senior Care of Des Peres, Inc, BBS Care USA, Inc., Leroy Haden (a.k.a. Jaden's Diner), Grand Manor Nursing & Rehabilitation Center LLC, and Zondra Jones (a.k.a. Easy Care Consumer Directed Services).

7. Excluding her employment with BBS Care USA, Inc. in the years 2004, and 2006 to 2009, from on or about the year 1996 up to on or about the year 2009, defendant GRACIE ANTHONY, a.k.a. GRACIE LEE LESURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACIE L. LASURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACE LASURE, a.k.a. GRACE L. LASURE, a.k.a. GRACIE LASURE, a.k.a GRACIE LASURE, while in the Eastern District of Missouri, failed to report to the SSA that she was employed with the entities listed in paragraph 6 of Count One of this Indictment under the social security number ending in numbers 3433 and using the name GRACIE JOHNSON in her employment while she received SSI benefits using her social security number ending in 7380 and the names GRACE LASURE, GRACE L. LASURE, and GRACIE LASURE.

8. Beginning in or around January 1997, and continuing until October 2011, in St. Louis County, within the Eastern District of Missouri, defendant GRACIE ANTHONY, a.k.a. GRACIE LEE LESURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACIE L. LASURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACE LASURE, a.k.a. GRACE L. LASURE, a.k.a. GRACIE LASURE, a.k.a GRACIE LASURE did embezzle, steal, and purloin money of the Social Security Administration (SSA), a department or agency of the United States, namely, Social Security Retirement Insurance benefit payments made to her to which she knew she was not entitled, having a value of approximately $40,415.48.

In violation of Title 18, United States Code, Section 641.

## COUNT TWO

The Grand Jury further charges:

On or about January 17, 2012, in the Eastern District of Missouri, the defendant,

**GRACIE ANTHONY, a.k.a. GRACIE LEE LESURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACIE L. LASURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACE LASURE, a.k.a. GRACE L. LASURE, a.k.a. GRACIE LASURE, a.k.a GRACIE LASURE**

1.      On or about January 17, 2012, within the Eastern District of Missouri, in a matter within the jurisdiction of the Social Security Administration, an agency of the United States within the executive branch of the government of the United States, did knowingly and willfully make and cause to be made false, fictitious, and fraudulent statements and representations as to material facts and did make and use and cause to be made and used a false document, knowing the same to contain materially false, fictitious and fraudulent statements, in that, she claimed in a signed Statement of Claimant or Other Person SSA Form 795 that: 1) she had "never used any other social security numbers and have never used the name of Gracie Johnson"; 2) that she did not collect unemployment benefits when in truth and fact, as defendant GRACIE ANTHONY, a.k.a. GRACIE LEE LESURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACIE L. LASURE, a.k.a. GRACIE JOHNSON, a.k.a. GRACE LASURE, a.k.a. GRACE L. LASURE, a.k.a. GRACIE LASURE, a.k.a GRACIE LASURE then well knew, she had used two social security numbers, used the name Gracie Johnson, and collected unemployment benefits.

In violation of Title 18, United States Code, Section 1001.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
ANTHONY L. FRANKS, #50217MO
Assistant United States Attorney